# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3309
Lower Tribunal No. 17-CF-000090-X

_____

MARK WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and PRATT, JJ., concur.


Jonathan E. Jordan, of Rier Jordan, P.A., North Miami, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED